**Sakima Iban Salih EL BEY, We the people preamble Citizen of the United States Government National of the United States, Plaintiff—Appellant,**

v.

**Henry MCMASTER; Tracy Myers; Robb McBurney; Jim Bogle; South Carolina Bar Association; South Carolina Supreme Court, Defendants—Appellees.**

No. 08–1484.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 24, 2008.

Sakima Iban Salih El Bey, Appellant Pro Se. James Emory Smith, Jr. Assistant Attorney General, Columbia, South Carolina; Wesley D. Few, Ellis, Lawhorne & Sims, PA, Columbia, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sakima Iban Salih El Bey appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *El Bey v. McMaster*, No. 3:07–cv–02137–SB (D.S.C. Apr. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*